Nathan Schwartz, Respondent, v. Charles I. Pinner, Appellant.— Motion for stay denied, with ten dollars costs, it appearing that a surety company bond has already been given on the appeal from the judgment in this case.  [See

# 730 · Cases Reported with Brief Syllabi.

215 App. Div. 785.] Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.